# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>SIRAGUSA, CHARLES J. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, WDNY | 3. Date of Report<br><br>07/23/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.DISTRICT JUDGE (SENIOR) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| 1360 UNITED STATES COURTHOUSE<br>100 STATE STREET<br>ROCHESTER, NEW YORK 14614 |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | NEW YORK STATE RETIREMENT SYSTEM (DEFINED BENEFIT PENSION PLAN) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | NEW YORK STATE RETIREMENT SYSTEM | $33,339.24 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ATTORNEY (SELF-EMPLOYED) |
| 2. 2019 | BROWN, GRUTTADARO, GAUJEAN & PRATO, PLLC (SALARY) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. M & T BANK | A | Interest | M | T | | | | | |
| 3. ACCOUNT # 1 (H) | | | | | | | | | |
| 4. MORGAN STANLEY PRIVATE BANK NA (CASH) | A | Interest | J | T | | | | | |
| 5. ADIDAS AG (ADDYY) | A | Dividend | J | T | | | | | |
| 6. ADOBE SYSTEMS (ADBE) | | None | J | T | | | | | |
| 7. ADVANCE AUTO PARTS (AAP) (X) | A | Dividend | J | T | | | | | |
| 8. ADYEN N V UNSPONSORED ADR (ADYEY) (X) | | None | J | T | | | | | |
| 9. AFLAC INCORPORATED (AFL) (Y) | | | | | | | | | |
| 10. AIA GROUP LTD (AAGIY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 11. AIRBUS SE UNSPONSORED ADR (EADSY) (X) | A | Dividend | J | T | | | | | |
| 12. AKAMAI TECHNOLOGIES (AKAM) | | None | J | T | | | | | |
| 13. ALEXION PHARM INC (ALXN) | | None | J | T | Buy | 01/22/19 | J | | |
| 14. ALIBABA GROUP HLDG LTD (BABA) | | None | J | T | | | | | |
| 15. ALLERGAN PLC SHS (AGN) | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 16. ALPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 17. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMADEUS IT GROUP S.A ADR (AMADY) | A | Dividend | J | T | | | | | |
| 19. AMAZON COM INC (AMZN) | | None | J | T | | | | | |
| 20. AMDOCS LIMITED ORD (DOX) (X) | A | Dividend | J | T | | | | | |
| 21. AMERICAN EXPRESS CO (AXP) | A | Dividend | J | T | | | | | |
| 22. ANADARKO PETROLEUM CORP. (APC) | A | Dividend | | | Buy (add'l) | 01/22/19 | J | | |
| 23. | | | | | Redeemed | 08/09/19 | J | B | |
| 24. ANHEUSER-BUSCH INBEV SPONS (BUD) (X) | A | Dividend | J | T | | | | | |
| 25. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 26. ASML HLDG NV NEW YORK REG (ASML) | A | Dividend | J | T | | | | | |
| 27. AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 28. BIOGEN INC COM (BIIB) | | None | J | T | | | | | |
| 29. BIOMARIN PHARMAC SE (BMRN) (X) | | None | J | T | | | | | |
| 30. BLACKROCK INC. (BLK) | A | Dividend | J | T | | | | | |
| 31. BROADCOM CORP (AVGO) | A | Dividend | J | T | Buy (add'l) | 06/14/19 | J | | |
| 32. BURBERRY GROUP PLC SPONS ADR (BURBY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 33. CDN PACIFIC RY LTD NEW (CP) | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 34. CELGENE CORP (CELG) (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  CHARLES SCHWAB CORP (SCHW) | A | Dividend | J | T | | | | | |
| 36.  CHECK POINT SOFTWARE TECH LTD (CHKP) (Y) | | | | | | | | | |
| 37.  CHIPOTLE MEXICAN GRILL (CMG) | | None | | | Sold | 10/04/19 | J | A | |
| 38.  CITRIX SYSTEMS INC (CTXS) | A | Dividend | J | T | | | | | |
| 39.  COCA COLA CO. (KO) (Y) | | | | | | | | | |
| 40.  COMCAST CORP CL A-SPL (CMCSA) | A | Dividend | J | T | | | | | |
| 41.  COSTCO WHOLESALE CORP NEW (COST) | A | Dividend | J | T | | | | | |
| 42.  CREDIT AGRICOLE SA UNSP (CRARY) (X) | | None | J | T | | | | | |
| 43.  CREE RESEARCH INC (CREE) | | None | J | T | | | | | |
| 44.  DIAGEO PLC -SPONSORED ADR NEW (DEO) | A | Dividend | J | T | | | | | |
| 45.  DISCOVERY COMM SER A (DISCA) | | None | J | T | | | | | |
| 46.  DOLBY LABORATORIES INC CLASS A (DLB) | A | Dividend | J | T | | | | | |
| 47.  ECOLAB INC (ECL) | A | Dividend | J | T | | | | | |
| 48.  EPIROC AKTIEBOLAG ADR (EPOKY) (X) | A | Dividend | J | T | | | | | |
| 49.  EQUINIX INC (EQIX) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 50.  ERSTE GROUP BANK AG SPONS ADR (EBKDY) | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 51.  FACEBOOK INC CL-A (FB) | | None | J | T | Buy (add'l) | 01/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FANUC CORPORATION UNSP ADR (FANUY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 53. FIDELIY NATYL INFORMATION (FIS) (X) | A | Dividend | J | T | | | | | |
| 54. FIREEYE INC (FEYE) (X) | | None | J | T | | | | | |
| 55. FLUOR CORP NEW (FLR) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 56. FREEPORT-MCMORAN INC (FCX) | A | Dividend | J | T | | | | | |
| 57. GIVAUDAN SA ADR (GVDNY) | A | Dividend | J | T | | | | | |
| 58. HDFC BANK LTD (HDB) | A | Dividend | J | T | | | | | |
| 59. HOME DEPOT (HD) | A | Dividend | J | T | | | | | |
| 60. HONEYWELL INTERNATIONAL INC (HON) | A | Dividend | J | T | | | | | |
| 61. HONG KONG EXCHANGES & CLEARING (HKXCY) (Y) | | | | | | | | | |
| 62. HOYA CORP SPONS ADR (HOCPY) | A | Dividend | J | T | | | | | |
| 63. ICON PLC SP ADR (ICLR) | | None | J | T | | | | | |
| 64. IHS MARKIT LTD (INFO) | | None | J | T | | | | | |
| 65. INDUSTRIA DE DISENO TEXTIL IND (IDEXY) (X) | A | Dividend | J | T | | | | | |
| 66. IONIS PHARMACEUTICALS (IONS) | | None | J | T | | | | | |
| 67. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 68. JOHNSON CTLS INTL PLC (JCI) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | KAO CORP SPONS ADR (KCRPY) | A | Dividend | J | T | | | | | |
| 70. | KBC GROUP NV UNSPONS ADR (KBCSY) | A | Dividend | J | T | | | | | |
| 71. | L'OREAL CO ADR (LRLCY) | A | Dividend | J | T | | | | | |
| 72. | L 3 TECHNOLOGIES INC. (LLL) | A | Dividend | | | Merged<br>(with line 73) | 07/01/19 | J | | |
| 73. | L3 HARRIS TECHNOLOGIES INC (LHX) | A | Dividend | J | T | | | | | |
| 74. | LEGRAND SA (LGRDY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 75. | LINDE PLC (LIN) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 76. | LONDON STK EXCHANGE GROUP ADR (LNSTY) | A | Dividend | J | T | | | | | |
| 77. | LVMH MOET HENNESSY (LVMUY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 78. | MC CORMICK AND CO NON VOTING (MKC) | A | Dividend | J | T | | | | | |
| 79. | MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | | | | | |
| 80. | METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK (MTD) (Y) | | | | | | | | | |
| 81. | MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 82. | NATIONAL OILWELL VARCO (NOV) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 83. | NESTLE SA SPONSORED ADR REPSTG REG SH (NSRGY) | A | Dividend | J | T | | | | | |
| 84. | NIDEC CORP (NJDCY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 85. | NINTENDO CO LTD ADR (NTDOY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  NOVARTIS ADR (NVS) (X) | A | Dividend | J | T | | | | | |
| 87.  NOVO NORDISK A S ADR (NVO) | A | Dividend | J | T | | | | | |
| 88.  NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 89.  NUTANIX INC CL A (NTNX) | | None | J | T | | | | | |
| 90.  NVIDIA CORP (NVDA) (X) | A | Dividend | J | T | | | | | |
| 91.  ORACLE CORP (ORCL) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 92.  ORIX CORP SPONS ADR (IX) (Y) | | | | | | | | | |
| 93.  PALO ALTO NETWORKS INC (PANW) | | None | J | T | | | | | |
| 94.  PAYPAL HLDGS INC COM (PYPL) (Y) | | | | | | | | | |
| 95.  PING AN INSURANCE (PNGAY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 96.  PIONEER NATURAL RESOURCES (PXD) (X) | A | Dividend | J | T | | | | | |
| 97.  QUALCOMM INC (QCOM) | A | Dividend | J | T | | | | | |
| 98.  QURATE RETAIL (QRTEA) (Y) | | | | | | | | | |
| 99.  RED HAT INC (RHT) (Y) | | | | | | | | | |
| 100.  REGENERON PHARM (REGN) (Y) | | | | | | | | | |
| 101.  RENTOKIL GROUP PLC SP ADR (RTOKY) | A | Dividend | J | T | | | | | |
| 102.  ROCHE HOLDINGS ADR (RHHBY) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  ROGERS COMM INC (RCI) (X) | A | Dividend | J | T | | | | | |
| 104.  SALESFORCE.COM, INC. (CRM) (X) | | None | J | T | | | | | |
| 105.  SAP AG (SAP) | A | Dividend | J | T | | | | | |
| 106.  SEAGATE TECHNOLOGY (STX) | A | Dividend | J | T | | | | | |
| 107.  SHISEIDO LTD SPON ADR (SSDOY) | A | Dividend | J | T | | | | | |
| 108.  SHOPIFY INC (SHOP) (X) | | None | J | T | | | | | |
| 109.  SPLUNK INC (SPLK) | | None | J | T | | | | | |
| 110.  SPOTIFY TECH (SPOT) (X) | | None | J | T | | | | | |
| 111.  SUNCOR ENERGY INC NEW COM (SU) (Y) | | | | | | | | | |
| 112.  STONECO LTD CL (STNE) (X) | | None | J | T | | | | | |
| 113.  TAIWAN SMCNDCTR (TSM) (X) | A | Dividend | J | T | | | | | |
| 114.  TE CONNECTIVITY LTD NEW (TEL) | A | Dividend | J | T | | | | | |
| 115.  TECHNOPRO HLDGS (TCCPY) (X) | A | Dividend | J | T | | | | | |
| 116.  TELEPERFORMANCE SA (TLPFY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 117.  TEMENOS GROUP AG SPON ADR (TMSNY) | A | Dividend | J | T | | | | | |
| 118.  TEXAS INSTRUMENTS (TXN) | A | Dividend | J | T | | | | | |
| 119.  THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. THOMSON REUTERS CORP (TRI) (X) | A | Dividend | J | T | | | | | |
| 121. TWITTER INC (TWTR) | | None | J | T | | | | | |
| 122. UBER TECH (UBER) (X) | | None | J | T | | | | | |
| 123. UMICORE SA ADR (UMICY) (X) | A | Dividend | J | T | | | | | |
| 124. UNITED PARCEL SERVICE CL B (UPS) | A | Dividend | J | T | | | | | |
| 125. UNITEDHEALTH GROUP INC. (UNH) | A | Dividend | J | T | | | | | |
| 126. VERTEX PHARMACEUTICALS (VRTX) | | None | J | T | | | | | |
| 127. VISA INC (V) | A | Dividend | J | T | | | | | |
| 128. VMWARE INC CLASS A (VMW) | | None | J | T | | | | | |
| 129. WW GRAINGER (GWW) | A | Dividend | J | T | | | | | |
| 130. WALT DISNEY CO (DIS) | A | Dividend | J | T | | | | | |
| 131. WESTERN DIGITAL CORP (WDC) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 132. YUM CHINA HOLDINGS (YUMC) (Y) | | | | | | | | | |
| 133. ZOETIS INC CLASS-A (ZTS) | A | Dividend | J | T | | | | | |
| 134. ISHARES CORE RUSSELL US GR ETF (IUSG) | | None | | | Sold | 01/22/19 | J | A | |
| 135. ISHARES MSCI EAFE ETF (EFA) | | None | | | Sold | 01/22/19 | K | A | |
| 136. ISHARES RUSSELL 1000 GRW ETF (IWF) | A | Dividend | | | Sold | 01/22/19 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ACCOUNT # 2 (H) | | | | | | | | | |
| 138. BLACKROCK ADV US TOTAL MARKET I (MASPX) | A | Dividend | J | T | | | | | |
| 139. BLACKROCK TECHNOLOGY OPPORTUNITY INST (BGSIX) | A | Dividend | J | T | | | | | |
| 140. ACCOUNT # 3 (H) | | | | | | | | | |
| 141. MORGAN STANLEY BANK, N.A. | A | Interest | J | T | | | | | |
| 142. IRA #1 (H) | | | | | | | | | |
| 143. CERES TACTICAL SYSTEMATIC LP | | None | | | Redeemed | 05/14/19 | K | | |
| 144. IRA #2 (H) | | | | | | | | | |
| 145. GOLDMAN SACHS SM CAP VAL A (GSSMX) | A | Dividend | J | T | | | | | |
| 146. IRA #3 (H) | | | | | | | | | |
| 147. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL (MASPX) | A | Dividend | J | T | | | | | |
| 148. IRA #4 (H) | | | | | | | | | |
| 149. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL (MASPX) | A | Dividend | J | T | | | | | |
| 150. NY's COLLEGE SAVINGS PROGRAM #1 (H) | | | | | | | | | |
| 151. VALUE STOCK INDEX PORTFOLIO | | None | M | T | Sold (part) | 03/25/19 | J | A | |
| 152. | | | | | Buy (add'l) | 04/15/19 | K | | |
| 153. | | | | | Sold (part) | 08/09/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/04/19 | J | A | |
| 155. CONSERVATIVE GROWTH PORTFOLIO | None | M | T | | Sold (part) | 03/25/19 | J | A | |
| 156. | | | | | Buy (add'l) | 04/15/19 | K | | |
| 157. | | | | | Sold (part) | 08/09/19 | J | A | |
| 158. | | | | | Sold (part) | 12/04/19 | J | A | |
| 159. NY'S COLLEGE SAVINGS PROGRAM #2 (H) | | | | | | | | | |
| 160. VALUE STOCK INDEX PORTFOLIO | None | M | T | | Sold (part) | 01/07/19 | J | A | |
| 161. | | | | | Buy (add'l) | 04/15/19 | K | | |
| 162. | | | | | Sold (part) | 09/17/19 | J | A | |
| 163. | | | | | Sold (part) | 11/20/19 | J | A | |
| 164. CONSERVATIVE GROWTH PORTFOLIO | None | M | T | | Sold (part) | 01/07/19 | J | A | |
| 165. | | | | | Buy (add'l) | 04/15/19 | K | | |
| 166. | | | | | Sold (part) | 09/17/19 | J | A | |
| 167. | | | | | Sold (part) | 11/20/19 | J | A | |
| 168. DEFERRED COMPENSATION (H) | | | | | | | | | |
| 169. FIDELITY LARGE CAP STOCK FUND | None | J | T | | | | | | |
| 170. VT FIDELITY CONTRAFUND | None | J | T | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. LAZARD INTERNATIONAL STRATEGIC EQUITY (Y) | | | | | | | | | |
| 172. OAKMARK INTERNATIONAL INSTITUTIONAL | | None | J | T | | | | | |
| 173. IRA #5 (H) | | | | | | | | | |
| 174. COHEN & STEERS INTL REALTY FUND A (IRFAX) | B | Dividend | K | T | Buy (add'l) | 08/08/19 | J | | |
| 175. COHEN & STEERS INTL REALTY FD C (IRFCX) | B | Dividend | J | T | Sold (part) | 08/08/19 | J | | |
| 176. ACCOUNT # 4 (H) | | | | | | | | | |
| 177. MORGAN STANLEY BANK, N.A. | A | Interest | K | T | | | | | |
| 178. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 179. ADOBE SYSTEMS (ADBE) | | None | J | T | | | | | |
| 180. ADVANCE AUTO PARTS (AAP) (X) | A | Dividend | J | T | | | | | |
| 181. AES CORP (AES) | A | Dividend | J | T | | | | | |
| 182. AKAMAI TECHNOLOGIES (AKAM) | | None | J | T | | | | | |
| 183. ALASKA AIR GROUP INC (ALK) (X) | A | Dividend | J | T | | | | | |
| 184. ALEXION PHARM INC (ALXN) | | None | J | T | Buy | 01/22/19 | J | | |
| 185. ALIBABA GROUP (BABA) (X) | | None | J | T | | | | | |
| 186. ALLERGAN PLC SHS (AGN) | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 187. | | | | | Sold (part) | 09/24/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. ALLISON TRANSMN HLDGS INC (ALSN) | A | Dividend | J | T | | | | | |
| 189. ALPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 190. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 191. AMAZON (AMZN) | | None | J | T | | | | | |
| 192. AMERICAN INTL GROUP (AIG) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 193. AMERICAN EXPRESS CO (AXP) | A | Dividend | J | T | | | | | |
| 194. AMERICAN HOMES 4 RENT (AMH) | A | Dividend | J | T | | | | | |
| 195. ANADARKO PETROLEUM CORP (APC) | A | Dividend | | | Buy (add'l) | 01/22/19 | J | | |
| 196. | | | | | Redeemed | 08/09/19 | J | A | |
| 197. ANHEUSER-BUSCH (BUD) | A | Dividend | J | T | Buy | 03/28/19 | J | | |
| 198. AP MOLLAR-MAERSK A/S ADR (AMKBY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 199. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 200. ARISTA NETWORKS INC (ANET) (X) | | None | J | T | | | | | |
| 201. ATOS ORIGIN SA ADR (AEXAY) (X) | A | Dividend | J | T | | | | | |
| 202. AUTODESK INC. (ADSK) | | None | J | T | | | | | |
| 203. AUTOZONE INC (AZO) | | None | J | T | | | | | |
| 204. AXA ADS (AXAHY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. BAIDU INC ADS (BIDU) (X) | | None | J | T | | | | | |
| 206. BANCO SANTANDER S.A. (SAN) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 207. BANK OZK (OZK) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 208. BARCLAYS PLC ADR (BCS) (X) | A | Dividend | J | T | | | | | |
| 209. BASF SE SP ADR (BASFY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 210. BAYER AG SPONSORED ADR (BAYRY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 211. BAYERISCHE MOTOREN WERKE ADR (BMWYY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 212. BIOGEN INC COM (BIIB) | | None | J | T | Sold (part) | 02/19/19 | J | A | |
| 213. BIOMARIN PHARMAC (BMRM) (X) | | None | J | T | | | | | |
| 214. BLACKROCK INC. (BLK) | A | Dividend | J | T | | | | | |
| 215. BNP PARIBAS SP ADR REPSTG (BNPQY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 216. BOEING CO. (BA) | A | Dividend | J | T | | | | | |
| 217. BP PLC ADS (BP) | A | Dividend | J | T | | | | | |
| 218. BRISTOL MYERS SQUIBB CO (BMY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 219. BROADCOM CORP CL A (AVGO) | A | Dividend | J | T | | | | | |
| 220. CAPRI HOLDINGS LIMITED (CPRI) (X) | | None | J | T | | | | | |
| 221. CELGENE CORP (CELG) (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  CEMEX SAB DE CV (CX) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 223.  CHARLES SCHWAB CORP (SCHW) | A | Dividend | J | T | | | | | |
| 224.  CHINA CONSTRUCTION BANK CORP (CICHY) (X) | A | Dividend | J | T | | | | | |
| 225.  CHIPOTLE MEXICAN GRILL (CMG) | | None | | | Sold | 10/07/19 | J | B | |
| 226.  CHOW TAI FOOK JEWLLERY (CJEWY) (X) | A | Dividend | J | T | | | | | |
| 227.  CISCO SYS INC (CSCO) | A | Dividend | | | Sold (part) | 05/30/19 | J | A | |
| 228. | | | | | Sold | 11/14/19 | J | B | |
| 229.  CITIGROUP INC NEW (C) | A | Dividend | J | T | | | | | |
| 230.  CITRIX SYSTEMS INC (CTXS) | A | Dividend | J | T | | | | | |
| 231.  CNH INDL N V SHS (CNHI) (X) | A | Dividend | J | T | | | | | |
| 232.  COCA-COLA CO. (KO) (Y) | | | | | | | | | |
| 233.  COMCAST CORP CL A (CMCSA) | A | Dividend | J | T | | | | | |
| 234.  CONAGRA BRANDS INC (CAG) (X) | A | Dividend | J | T | | | | | |
| 235.  CONTL AG SPONS ADR (CTTAY) (X) | A | Dividend | J | T | | | | | |
| 236.  CORTEVA INC (CTCVA) | A | Dividend | J | T | Spinoff (from line 249) | 06/05/19 | J | | |
| 237.  COSTCO WHOLESALE CORP NEW (COST) | A | Dividend | J | T | | | | | |
| 238.  COVETRUS INC (CVET) (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. CREDIT SUISSE GROUP (CS) | | None | | | Buy | 01/22/19 | J | | |
| 240. | | | | | Sold | 02/20/19 | J | | |
| 241. CREE RESEARCH INC (CREE) | | None | J | T | | | | | |
| 242. CVS HEALTH CORP COM (CVS) (X) | A | Dividend | J | T | | | | | |
| 243. DISCOVERY COMMUNICATIONS SER A (DISCA) (X) | | None | J | T | | | | | |
| 244. DANONE SPONSORED ADR (DANOY) (X) | A | Dividend | | | Sold | 10/22/19 | J | A | |
| 245. DIAGEO PLC SPON ADR NEW (DEO) (X) | | None | | | Sold | 02/20/19 | J | A | |
| 246. DISCOVER FINCL SVCS (DFS) (Y) | | | | | | | | | |
| 247. DOLBY LABORATORIES INC CLASS A (DLB) | A | Dividend | J | T | | | | | |
| 248. DOW (DOW) (X) (Y) | | | | | | | | | |
| 249. DOWDUPONT INC (DWDP) (Y) | | | | | | | | | |
| 250. DUPONT DE NEMOURS INC (DD) (X) | A | Dividend | J | T | | | | | |
| 251. DXC TECHNOLOGY COMPANY (DXC) (X) | A | Dividend | J | T | | | | | |
| 252. E TRADE FINANCIAL CORP (ETFC) (X) | A | Dividend | J | T | | | | | |
| 253. ECOLAB INC (ECL) | A | Dividend | J | T | | | | | |
| 254. ENCANA CORP (ECA) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 255. EQUINIX INC (EQIX) | A | Dividend | J | T | Buy | 01/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. EURONET WORLDWIDE INC (EEFT) | | None | J | T | Buy | 09/24/19 | J | | |
| 257. EXELON CORP (EXC) | A | Dividend | J | T | | | | | |
| 258. FACEBOOK INC (FB) | | None | J | T | | | | | |
| 259. FAIRFAX FIN HLDG SUB VTG (FRFHF) (X) | A | Dividend | J | T | | | | | |
| 260. FIDELITY NATL INFORMATION SE (FIS) (X) | A | Dividend | J | T | | | | | |
| 261. FIREEYE INC (FEYE) (X) | | None | J | T | | | | | |
| 262. FIRST AMERICAN FINL CORP (FAF) (X) | A | Dividend | J | T | | | | | |
| 263. FLUOR CORP NEW (FLR) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 264. FOOT LOCKER (FL) (X) | A | Dividend | J | T | | | | | |
| 265. FREEPORT-MCMORAN INC (FCX) | A | Dividend | J | T | | | | | |
| 266. G4S PLC UNSPONS ADR (GFSZY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 267. GATX CORP (GATX) | A | Dividend | J | T | | | | | |
| 268. GENTEX CORP (GNTX) (Y) | | | | | | | | | |
| 269. GLENCORE PLC ADR (GLNCY) (X) | A | Dividend | J | T | | | | | |
| 270. GRAY TELEVSION CL B COM (GTN) (X) | | None | J | T | | | | | |
| 271. GREEK ORGANISATION OF FOOTBALL (GOFPY) (X) | A | Dividend | J | T | | | | | |
| 272. HALLIBURTON CO HOLDINGS CO (HAL) | | None | | | Buy | 01/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 09/27/19 | J | | |
| 274. HITACHI 10 COM NEW ADR (HTHIY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 275. | | | | | Sold (part) | 06/07/19 | J | | |
| 276. HOME DEPOT INC. (HD) | A | Dividend | J | T | | | | | |
| 277. HONDA MOTOR COMPANY LTD ADR (HMC) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 278. HONEYWELL INTL INC (HON) | A | Dividend | J | T | | | | | |
| 279. HOYA CORP (HOCPY) | A | Dividend | J | T | | | | | |
| 280. HYPERA SA ADR (HYPMY) (X) | A | Dividend | J | T | | | | | |
| 281. IHS MARKIT LTD (INFO) | | None | J | T | | | | | |
| 282. IMPERIAL BRANDS PLC SPD ADR (IMBBY) (X) | A | Dividend | J | T | | | | | |
| 283. INCITEC PIVOT LIMITED ADR (INCZY) | | None | | | Buy | 01/22/19 | J | | |
| 284. | | | | | Sold | 02/13/19 | J | | |
| 285. INFINEON TECH AG (IFNNY) (X) | | None | J | T | | | | | |
| 286. INFOSYS LIMITED (INFY) | A | Dividend | J | T | | | | | |
| 287. INTESA SANPAOLO ADR (ISNPY) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 288. IONIS PHARMACEUTICALS (IONS) | | None | J | T | | | | | |
| 289. ITAU UNIBANCO MULTIPLE ADR (ITUB) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 291. JOHNSON CTLS INTL PLC (JCI) | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 292. KEYCORP - NEW (KEY) | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 293. KINDER MORGAN INCORP (KMI) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 294. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 295. L3 HARRIS TECHNOLOGIES (LHX) | A | Dividend | J | T | Sold (part) | 05/01/19 | J | B | |
| 296. LIBERTY MEDIA C SER C SIRIUSXM (LSXMK) | | None | J | T | | | | | |
| 297. LINDE PLC (LIN) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 298. MC CORMICK AND CO NON VOTING (MKC) | A | Dividend | J | T | | | | | |
| 299. MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | | | | | |
| 300. MERCK & CO INC. (MRK) | A | Dividend | J | T | Sold (part) | 10/04/19 | J | A | |
| 301. MGIC INVT CORP (MTG) | A | Dividend | J | T | | | | | |
| 302. MICROSOFT (MFST) | A | Dividend | J | T | | | | | |
| 303. MURPHY USA INC COM (MUSA) | A | Dividend | J | T | | | | | |
| 304. MYLAN N V (MYL) | | None | | | Buy | 01/22/19 | J | | |
| 305. | | | | | Sold | 10/01/19 | J | | |
| 306. NATIONAL OILWELL VARCO INC (NOV) | A | Dividend | J | T | Buy | 01/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. NETAPP INC COM (NTAP) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 308. NOVARTIS AG ADR (NVS) | A | Dividend | J | T | | | | | |
| 309. NUANCE COMMUNICATIONS INC (NUAN) (X) | | None | J | T | | | | | |
| 310. NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 311. NUTANIX INC CL A (NTNX) | | None | J | T | | | | | |
| 312. NUTRIEN LTD (NTR) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 313. NVIDIA CORPORATION (NVDA) (X) | A | Dividend | J | T | | | | | |
| 314. ONEMAIN HLDGS INC (OMF) | A | Dividend | J | T | | | | | |
| 315. ORACLE CORP (ORCL) | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 316. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 317. OWENS CORNING (OC) | A | Dividend | J | T | | | | | |
| 318. PALO ALTO NETWORKS INC (PANW) | | None | J | T | | | | | |
| 319. PAYPAL HLDGS INC COM (PYPL) (Y) | | | | | | | | | |
| 320. PEBBLEBROOK HOTEL TRUST (PEB) | A | Dividend | J | T | | | | | |
| 321. PIONEER NATURAL RESOURCES (PXD) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 322. PJSC GAZPROM (OGZPY) (X) | A | Dividend | J | T | | | | | |
| 323. POSCO ADS (PKX) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. QUALCOMM INC (QCOM) | A | Dividend | J | T | | | | | |
| 325. QURATE RETAIL (QRTEA) (Y) | | | | | | | | | |
| 326. RED HAT INC (RHT) (Y) | | | | | | | | | |
| 327. REGENERON PHARM (REGN) (Y) | | | | | | | | | |
| 328. RIO TINTO PLC SPON ADR (RIO) | | None | | | Sold | 02/13/19 | J | A | |
| 329. ROCHE HOLDINGS (RHHBY) | A | Dividend | J | T | | | | | |
| 330. ROYAL BK SCOTLAND GROUP SP ADR (RBS) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 331. ROYAL DUTCH SHELL PLC (RDS'A) | A | Dividend | | | Sold | 04/17/19 | J | A | |
| 332. SALESFORCE.COM, INC (CRM) (X) | | None | J | T | | | | | |
| 333. SANDERSON FARMS (SAFM) | A | Dividend | J | T | | | | | |
| 334. SANOFI ADR (SNY) | | None | J | T | Buy | 11/27/19 | J | | |
| 335. SCHLUMBERGER LTD (SLB) (X) | | None | J | T | | | | | |
| 336. SCHNEIDER ELEC SA UNSP ADR (SBGSY) (X) | A | Dividend | J | T | | | | | |
| 337. SEAGATE TECHNOLOGY (STX) | A | Dividend | J | T | | | | | |
| 338. SENSATA TECHNOLOGIES (ST) | | None | J | T | | | | | |
| 339. SERVICE CORP INTL (SCI) | A | Dividend | J | T | | | | | |
| 340. SIGNET JEWELERS LIMITED (SIG) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. SPLUNK INC (SPLK) | | None | J | T | | | | | |
| 342. SPROUTS FARMERS MARKET INC (SFM) | | None | J | T | Buy | 01/22/19 | J | | |
| 343. STANDARD CHARTERED PLC ADR (SCBFY) | | None | J | T | Buy | 11/13/19 | J | | |
| 344. STANLEY BLACK & DECKER INC (SWK) | A | Dividend | J | T | | | | | |
| 345. SUMITOMO MITSUI FINL GROUP INC (SMFG) | A | Dividend | | | Buy | 01/24/19 | J | | |
| 346. | | | | | Sold | 06/03/19 | J | | |
| 347. SUNCOR ENERGY INC (SU) | A | Dividend | J | T | | | | | |
| 348. SYNCHRONY FINANCIAL (SYF) | A | Dividend | J | T | Buy (add'l) | 01/24/19 | J | | |
| 349. TE CONNECTIVITY LTD-CHF (TEL) | A | Dividend | J | T | | | | | |
| 350. TEXAS INSTRUMENTS INC. (TXN) | A | Dividend | J | T | | | | | |
| 351. THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | | | | | |
| 352. TOTAL S A SPON ADR (TOT) | A | Dividend | J | T | | | | | |
| 353. TWITTER INC (TWTR) | | None | J | T | Sold (part) | 07/29/19 | J | A | |
| 354. US BANCORP (USB) | A | Dividend | J | T | Buy | 01/24/19 | J | | |
| 355. UBER TECH (UBER) (X) | | None | J | T | | | | | |
| 356. UBS GROUP AG SHS (UBS) (X) | A | Dividend | J | T | | | | | |
| 357. UNILEVER PLC (NEW) ADS (UL) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.   UNITED PARCEL SERVICE (UPS) | A | Dividend | J | T | | | | | |
| 359.   UNITEDHEALTH GROUP INC. (UNH) | A | Dividend | J | T | | | | | |
| 360.   VERIZON COMM (VZ) | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 361. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 362.   VERTEX PHARMACEUTICALS (VRTX) | | None | J | T | Sold<br>(part) | 11/08/19 | J | A | |
| 363.   VIACOMCBS INC CL B (VIAC) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 364.   VISA INC COM (V) | A | Dividend | J | T | | | | | |
| 365.   VISTRA ENERGY CORP (VST) (X) | A | Dividend | J | T | | | | | |
| 366.   VMWARE INC CLASS A (VMW) (X) | | None | J | T | | | | | |
| 367.   VODAFONE GROUP (VOD) | A | Dividend | J | T | | | | | |
| 368.   VOYA FINL INC (VOYA) | A | Dividend | J | T | | | | | |
| 369.   W W GRAINGER INC (GWW) | A | Dividend | J | T | | | | | |
| 370.   WALT DISNEY CO. (DIS) | A | Dividend | J | T | | | | | |
| 371.   WELLS FARGO & CO NEW (WFC) | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 372.   WESTERN DIGITAL CORPORATION<br>(WDC) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 373.   WEYERHAEUSER CO. COMMON<br>STOCK (WY) (X) | A | Dividend | J | T | | | | | |
| 374.   WIENERBERGER AG SPON ADR<br>(WBRBY) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. YUM CHINA HLDNGS (YUMC) (Y) | | | | | | | | | |
| 376. ZOETIS INC CLASS A (ZTS) | A | Dividend | J | T | | | | | |
| 377. VOLKSWAGEN AG RP ADR (VWAPY) | A | Dividend | J | T | Buy | 02/12/19 | J | | |
| 378. ISHARES CORE RUSSELL US GROWTH (IUSG) | | None | | | Buy (add'l) | 01/07/19 | J | | |
| 379. | | | | | Sold | 01/22/19 | J | A | |
| 380. ISHARES CORE RUSSELL US VALUE ETF (IUSV) | | None | | | Buy (add'l) | 01/07/19 | J | | |
| 381. | | | | | Sold | 01/22/19 | L | A | |
| 382. ISHARES RUSSELL 1000 ETF (IWF) | | None | | | Sold | 01/22/19 | J | A | |
| 383. VANGUARD FTSE DEVELOPED MKTS E | | None | | | Buy (add'l) | 01/07/19 | J | | |
| 384. | | | | | Sold | 01/22/19 | K | A | |
| 385. NEW YORK ST TWY AUTH GEN REV (650009Q89) | A | Interest | J | T | Buy | 08/19/19 | J | | |
| 386. NYS URB DEV CORP SER CONTR REV REF EMP ST (650035UM8) | A | Interest | | | Redeemed | 01/02/19 | J | | |
| 387. NEW YORK ST URBAN DEV CORP INCOME TAX REV-B-1 (6500355H7) | A | Interest | | | Redeemed | 03/15/19 | J | | |
| 388. NEW YORK ST DORM AUTH 3RD GENL (64990HMG2) | A | Interest | | | Redeemed | 05/15/19 | J | | |
| 389. ERIE CNTY NY FISCAL STABILITY AUTH (29508RGJ9) | A | Interest | | | Redeemed | 08/15/19 | J | | |
| 390. ONONDAGA CNTY N Y TR CULTURAL RES REV (68276FAK6) | A | Interest | | | Redeemed | 12/02/19 | J | | |
| 391. METROPOLITAN TRANSPORTATION AUTHORITY REV-E (59259YN54) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. SYRACUSE N Y PUB IMPT GENL OBLIG REF-A (871702U53) | A | Interest | K | T | | | | | |
| 393. SUFFOLK CNTY NY GENL OBLIG REF SER-B (86476PPN2) | A | Interest | J | T | | | | | |
| 394. LONG ISLAND PWR AUTH N Y ELEC SYS REV-B (5426907W6) | A | Interest | J | T | | | | | |
| 395. TRIBOROUGH BRIDGE TUNNEL NY AU MTA BRDG TUNNEL GEN (89602NZE7) | A | Interest | K | T | | | | | |
| 396. ROCKLAND CNTY NY SOLID WASTE MGMT AUGH GENL OB REF-A (773562EN9) | A | Interest | J | T | | | | | |
| 397. BUFFALO NY GENL OBLIG REF-A (119677MP4) | A | Interest | J | T | | | | | |
| 398. ROCKLAND CNTY NY GENL OBLIG REF (77355PVK6) | A | Interest | J | T | | | | | |
| 399. NEW YORK CITY MUN WTR FIN (64972GUP7) | A | Interest | K | T | Buy | 12/05/19 | K | | |
| 400. UTIL DEBT NY SEC AUTH (91802RCS6) | A | Interest | J | T | Buy | 04/05/19 | J | | |
| 401. NEW YORK ST DORM AUTH REVS NON ST SUPPOR REV-A (64990CUX7) | A | Interest | J | T | | | | | |
| 402. NASSAU CNTY N Y FOR ISSUES DTD PRIOR TO (63165TWF8) | A | Interest | J | T | | | | | |
| 403. NEW YORK NY CITY MUN WTR FIN AUTH WTR (64972GRP1) | A | Interest | J | T | | | | | |
| 404. ST OF NEW YORK AUTH UNIV REV-A (64990CEG2) | A | Int./Div. | J | T | | | | | |
| 405. LONG ISLAND PWR AUTH N Y ELEC SYS (5426907Y2) | A | Interest | J | T | Buy | 06/28/19 | J | | |
| 406. WESTCHESTER CNTY N Y GENL OBLIG SER-B (95736UR89) | A | Interest | J | T | | | | | |
| 407. HUDSON YDS INFRASTRUCTURE CORP N Y SECOND INDENTURE REV-A (44420RAK6) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 408. ONEIDA CNTY NY PUB IMPT (682455DU1) | A | Interest | J | T | Buy | 05/22/19 | J | | |
| 409. WESTERN NASSAU CNTY N Y WTR AUTH WTR SYS REV-B (958792DR1) | A | Interest | J | T | | | | | |
| 410. NEW YORK ST ENVIRONMTL FACS CORP CLEAN WTR (64986DDH5) | A | Interest | J | T | | | | | |
| 411. NEW YORK ST DORM AUTH REVS NON ST SUPPORTED DEBT REV-A (64990BT29) | A | Interest | J | T | | | | | |
| 412. NEW YORK ST DORM AUTH REVS NON ST SUPPORTED DEBT REV-B (64990BUN1) | A | Interest | K | T | | | | | |
| 413. LONG IS PWR AUTH NY ELEC SYS REV (542691AF7) | A | Interest | J | T | | | | | |
| 414. TRIBOROUGH BRIDGE TUNNEL AUTH GENL REV-A (89602N5D2) | A | Interest | J | T | | | | | |
| 415. NEW YORK N Y CITY TR CULTURAL RES REV-A (649717UE3) | A | Interest | K | T | | | | | |
| 416. YONKERS NY GENL OBLIG (986082A47) | A | Interest | J | T | Buy | 11/18/19 | J | | |
| 417. NEW YORK LIBERTY DEV CORP (649519CD5) | A | Interest | J | T | Buy | 03/21/19 | J | | |
| 418. SALES TAX ASSET RECEIVABLE CORP REV-A (794665FS3) | A | Interest | J | T | Buy | 09/18/19 | J | | |
| 419. ACCOUNT # 5 (H) | | | | | | | | | |
| 420. MORGAN STANLEY BANK, N.A. | A | Interest | K | T | | | | | |
| 421. MSILF GOVERNMENT PTF INST (MVRXX) | A | Dividend | K | T | Buy | 04/11/19 | K | | |
| 422. DELAWARE LIFE NY SUN UL PROTECTOR (whole life) | | None | M | T | | | | | |
| 423. IRA # 6 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 424. AQR EQ MARKET NEUTRAL INST (QMNIX) | | None | | | Sold | 04/15/19 | M | | |
| 425. AQR MANAGED FUTURES STATEGY 1 (AQMIX) | B | Dividend | K | T | | | | | |
| 426. GOLDMAN SACHS SM CAP VAL I (GSSIX) | C | Dividend | L | T | | | | | |
| 427. LORD ABBETT FLT RT F (LFRFX) | B | Dividend | | | Sold | 04/15/19 | L | | |
| 428. LORD ABBETT SHT DURATION INC F (LDLFX) | B | Dividend | M | T | Buy | 04/11/19 | M | | |
| 429. PUTNAM MLTI ASSET ABS RET Y (PDMYX) | | None | M | T | Buy | 04/24/19 | M | | |
| 430. IRA #7 (H) | | | | | | | | | |
| 431. MORGAN STANLEY BANK N.A. (CASH) | A | Interest | K | T | | | | | |
| 432. ABB LTD (ABB) (X) | A | Dividend | J | T | | | | | |
| 433. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 434. ACI WORLDWIDE INC (ACIW) (X) | | None | J | T | | | | | |
| 435. ADVANCED DISPOSAL SERVICES (ADSW) (Y) | | | | | | | | | |
| 436. ALLERGAN PLC SHS (AGN) | A | Dividend | J | T | Buy (add'l) | 06/05/19 | J | | |
| 437. | | | | | Sold (part) | 11/18/19 | J | | |
| 438. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 439. ALTRA HLDGS INC (AIMC) | A | Dividend | J | T | | | | | |
| 440. AMER INTL GP INC NEW (AIG) | A | Dividend | J | T | Sold (part) | 11/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 441. ANHEUSER BUSCH INBEV SA SPON (BUD) (Y) | | | | | | | | | |
| 442. AON PLC SHS CL-A (AON) | A | Dividend | J | T | | | | | |
| 443. ASSA ABLOY AB UNSP ADR (ASAZY) | A | Dividend | J | T | | | | | |
| 444. AXALTA COATING SYSTEMS LTD. (AXTA) | | None | J | T | | | | | |
| 445. BANCORPSOUTH INC (BXS) | A | Dividend | J | T | | | | | |
| 446. BB SEGURIDADE PARTICIPACOES (BBSEY) (X) | A | Dividend | J | T | | | | | |
| 447. BEIERSDORF AG UNSPONS ADR (BDRFY) (X) | A | Dividend | J | T | | | | | |
| 448. BERKLEY W R CORP (WRB) | A | Dividend | J | T | Sold (part) | 06/24/19 | J | B | |
| 449. BERKSHIRE HATHAWAY CL-B NEW (BRK'B) | | None | J | T | | | | | |
| 450. BHP BILLITON LTD (BHP) | A | Dividend | J | T | | | | | |
| 451. BLACK KNIGHT INC (BKI) | | None | J | T | Sold (part) | 11/18/19 | J | A | |
| 452. BMC STK HLDGS INC (BMCH) (X) | | None | J | T | | | | | |
| 453. BNP PARIBAS SP ADR REPSTG (BNPQY) (X) | A | Dividend | J | T | | | | | |
| 454. BROOKFIELD ASSET MGNT CL A LTD (BAM) | A | Dividend | J | T | Sold (part) | 11/18/19 | J | A | |
| 455. BROOKS AUTOMATION INC (BRKS) | A | Dividend | J | T | | | | | |
| 456. BRUNSWICK CORP (BC) (X) | A | Dividend | J | T | | | | | |
| 457. CARLSBERG AS (CABGY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 458. CASELLA WASTE SYS INC CL A (CWST) (X) | None | | J | T | | | | | |
| 459. CERNER CORP (CERN) | A | Dividend | J | T | Buy | 01/24/19 | J | | |
| 460. | | | | | Buy (add'l) | 01/25/19 | J | | |
| 461. | | | | | Sold (part) | 11/18/19 | J | A | |
| 462. COMPAGNIE FIN RICHEMONTAG ADR (CFRUY) | A | Dividend | J | T | | | | | |
| 463. COMPASS GROUP PLC SPD ADR (CMPGY) | A | Dividend | J | T | | | | | |
| 464. CVB FINCL CP (CVBF) | A | Dividend | J | T | | | | | |
| 465. DAIWA HOUSE IND LTD ADR (DWAHY) | A | Dividend | J | T | | | | | |
| 466. DBS GROUP HOLDINGS LTD SP (DBSDY) | A | Dividend | J | T | | | | | |
| 467. DELTA AIR LINES NEW (DAL) | A | Dividend | J | T | Buy | 05/21/19 | J | | |
| 468. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 469. DIAGEO PLC SPON ADR NEW (DEO) | A | Dividend | J | T | | | | | |
| 470. ENGIE SPONS ADR (ENGIY) (X) | A | Dividend | J | T | | | | | |
| 471. ENN ENERGY HOLDINGS LTD UNSPON (XNGSY) (X) | A | Dividend | J | T | | | | | |
| 472. EQUINOR ASA (EQNR) (Y) | | | | | | | | | |
| 473. ESCO TECH (ESE) (X) | A | Dividend | J | T | | | | | |
| 474. FASTENAL CO (FAST) | A | Dividend | J | T | Sold (part) | 02/22/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 475. | | | | | Sold (part) | 04/11/19 | J | A | |
| 476. FERGUSON PLC SPONSORED ADR (FERGY) | A | Dividend | J | T | | | | | |
| 477. FULLER HB & CO (FUL) (X) | A | Dividend | J | T | | | | | |
| 478. GIBRALTAR INDUSTRIES INC (ROCK) (X) | | None | J | T | | | | | |
| 479. GLACIER BANCORP (GBCI) | A | Dividend | J | T | | | | | |
| 480. GRUPO FINANCIERO BANORTE SAB (GBOOY) (X) | A | Dividend | J | T | | | | | |
| 481. IBERIA BK CORP (IBKC) | A | Dividend | J | T | | | | | |
| 482. ICF INTL INC (ICFI) (X) | | None | J | T | | | | | |
| 483. ICICI BANK LTD (IBN) | A | Dividend | J | T | | | | | |
| 484. ILL TOOL WORKS INC (ITW) | A | Dividend | J | T | Sold (part) | 11/18/19 | J | A | |
| 485. INDEPENDENT BK MASS (INDB) | A | Dividend | J | T | | | | | |
| 486. INTEGER HOLDINGS CORP (ITGR) (X) | | None | J | T | | | | | |
| 487. J&J SNACK FOODS (JJSF) (X) | A | Dividend | J | T | | | | | |
| 488. JOHNSON & JOHNSON (JNJ) | A | Dividend | | | Sold | 01/24/19 | J | | |
| 489. KAO CORP (KAOOY) (X) | A | Dividend | J | T | | | | | |
| 490. KOMATSU LTD SPON ADR NEW (KMTUY) (X) | A | Dividend | J | T | | | | | |
| 491. LA Z BOY INCORPORATED (LZB) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 492. LOWES COMPANIES INC (LOW) | A | Dividend | J | T | Sold<br>(part) | 11/18/19 | J | A | |
| 493. MAKITA CORPORATION LTD ADR NEW (MKTAY) | A | Dividend | J | T | | | | | |
| 494. MARKEL CORP (HOLDING CO) (MKL) | | None | J | T | | | | | |
| 495. MASTERCARD INC CL A (MA) | A | Dividend | J | T | Sold<br>(part) | 04/03/19 | J | B | |
| 496. | | | | | Sold<br>(part) | 07/12/19 | J | A | |
| 497. MATADOR RES CO (MTDR) (X) | | None | J | T | | | | | |
| 498. MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | | | | | |
| 499. MOWI ASA ADR (MHGVY) (X) | A | Dividend | J | T | | | | | |
| 500. NINTENDO CO LTD ADR NEW (NTDOY) (X) | A | Dividend | J | T | | | | | |
| 501. NORDEA NK SWEDEN AB (PUBL) ADR (NRBAY) | A | Dividend | J | T | | | | | |
| 502. NOVARTIS AG ADR (NVS) | A | Dividend | J | T | | | | | |
| 503. NXP SEMICONDUCTORS (NXPI) | A | Dividend | J | T | Sold<br>(part) | 11/18/19 | J | | |
| 504. ONE GAS INC (OGS) (X) | A | Dividend | J | T | | | | | |
| 505. ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |
| 506. PEBBLEBROOK HOTEL TR COM (PEB) | A | Dividend | J | T | | | | | |
| 507. PEPSICO INC NC (PEP) | A | Dividend | J | T | | | | | |
| 508. PHYSICIANS REALTY TRUST (DOC) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 509. PING AN INSURANCE ADR (PNGAY) | A | Dividend | J | T | | | | | |
| 510. PLEXUS CORP (PLXS) (X) | | None | J | T | | | | | |
| 511. PRUDENTIAL PLC ADR (PUK) | A | Dividend | J | T | | | | | |
| 512. QTS RLTY TR INC COM CL A (QTS) | A | Dividend | J | T | | | | | |
| 513. RED ELECTRICA CORPORACION SA (RDEIY) (Y) | | | | | | | | | |
| 514. RELX PLC SPONSORED ADR (RELX) | A | Dividend | J | T | | | | | |
| 515. ROGERS CORP (ROG) (Y) | | | | | | | | | |
| 516. ROYAL DSM NV SPONSORED ADR (RDSMY) (X) | A | Dividend | J | T | | | | | |
| 517. ROYAL DUTCH SHELL PLC (RDS'A) | A | Dividend | J | T | | | | | |
| 518. RYANAIR HLDGS PLC ADR (RYAAY) (X) | | None | J | T | | | | | |
| 519. RYOHIN KEIKAKU CO LTD ADR (RYKKY) | A | Dividend | J | T | | | | | |
| 520. SAFRAN SA (SAFRY) | A | Dividend | J | T | | | | | |
| 521. SAMPO OYJ UNSPON ADR (SAXPY) | A | Dividend | J | T | | | | | |
| 522. SANLAM LTD ADR (SLLDY) (Y) | | | | | | | | | |
| 523. SAP AG (SAP) | A | Dividend | J | T | | | | | |
| 524. SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold | 12/18/19 | J | | |
| 525. SELECTIVE INS GRP (SIGI) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 526. SHIN ETSU CHEM CO LTD ADR (SHECY) (X) | A | Dividend | J | T | | | | | |
| 527. SOUTH ST CORP COM (SSB) (X) | A | Dividend | J | T | | | | | |
| 528. STARBUCKS CORP WASHINGTON (SBUX) | A | Dividend | J | T | Sold (part) | 04/11/19 | J | A | |
| 529. | | | | | Sold (part) | 07/09/19 | J | A | |
| 530. STRYKER CORP (SYK) | A | Dividend | J | T | | | | | |
| 531. SUMITOMO MITSUI FINL GROUP INC (SMFG) | A | Dividend | J | T | | | | | |
| 532. SUNCOR ENERGY INC (SU) | A | Dividend | J | T | | | | | |
| 533. SYNNEX CORP (SNX) | A | Dividend | J | T | | | | | |
| 534. TAIWAN SMCNDCTR MFG CO LTD ADR (TSM) | A | Dividend | J | T | | | | | |
| 535. TELENOR ASA ADS (TELNY) | A | Dividend | J | T | | | | | |
| 536. TENCENT HLDGS LTD UNSPON ADR (TCEHY) | A | Dividend | J | T | Sold (part) | 06/06/19 | J | | |
| 537. | | | | | Sold (part) | 10/15/19 | J | | |
| 538. TESCO PLC SPONSORED ADR (TSCDY) (X) | A | Dividend | J | T | | | | | |
| 539. THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | Sold (part) | 04/04/19 | J | A | |
| 540. TJX COS INC NEW (TJX) | A | Dividend | J | T | Sold (part) | 11/18/19 | J | A | |
| 541. UBISOFT ENTMT SA UNSPON ADR (UBSFY) (Y) | | | | | | | | | |
| 542. UNILEVER PLC (NEW) ADS (UL) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 543.  UNITED TECHNOLOGIES CORP (UTX) | A | Dividend | J | T | | | | | |
| 544.  US ECOLOGY INC NEW (ECOL) (Y) | | | | | | | | | |
| 545.  VINCI SA ADR (VCISY) | A | Dividend | J | T | | | | | |
| 546.  VIVENDI SA UNSPON ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 547.  WOLTERS KLUWER NV SPON ADR (WTKWY) | A | Dividend | J | T | | | | | |
| 548.  WOLVERINE WORLD WIDE (WWW) | A | Dividend | J | T | | | | | |
| 549.  VOLKSWAGEN AG RP (VWAPY) | A | Dividend | J | T | | | | | |
| 550.  VERIZON COMMUNICATIONS (92343VBR4) | A | Interest | J | T | | | | | |
| 551.  BANK OF AMERICA CORP (06051GFB0) | A | Interest | J | T | | | | | |
| 552.  GOLDMAN SACHS GROUP INC (38141GVM3) | A | Interest | J | T | | | | | |
| 553.  SHELL INTERNATIONAL FINANCE BV (822582BT8) | A | Interest | J | T | | | | | |
| 554.  WELLS FARGO CO F XD (95000U2A0) | A | Interest | J | T | | | | | |
| 555.  CITIGROUP INC 3.66 FXD TO 07/24/2027 FLTS THRFTR (172967LP4) | A | Interest | J | T | | | | | |
| 556.  COMCAST CORP (20030NCT6) | A | Interest | J | T | Buy | 03/28/19 | J | | |
| 557.  JPMORGAN CHASE & CO (46647PAV8) | A | Interest | J | T | Buy | 01/25/19 | J | | |
| 558.  JP MORGAN CHASE & CO (4662HHS2) | A | Interest | | | Sold | 01/25/19 | J | | |
| 559.  GENERAL ELECTRIC CAPITAL CORP (36962G3P7) | A | Interest | J | T | Sold (part) | 10/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 560. MICROSOFT CORP (594918CA0) | A | Interest | J | T | | | | | |
| 561. ENTERPRISE PRODUCTS OPER (29379VBU6) | A | Interest | J | T | | | | | |
| 562. BP CAPITAL MARKETS PLC (05565QDB1) | | None | | | Sold | 03/28/19 | J | | |
| 563. UNITED STATES TREASURY NOTE (9128284Y3) | A | Interest | J | T | Buy (add'l) | 02/25/19 | J | | |
| 564. | | | | | Sold (part) | 05/02/19 | J | A | |
| 565. UNITED STATES TREASURY NOTE (912828F21) | A | Interest | | | Sold | 05/02/19 | J | | |
| 566. UNITED STATES TREASURY NOTE (9128283W8) | A | Interest | | | Sold | 05/02/19 | J | A | |
| 567. UNITED STATES TREASURY BOND (912810RM2) | A | Interest | K | T | Buy (add'l) | 10/01/19 | J | | |
| 568. UNITED STATES TREASURY BOND (912810RQ3) | A | Interest | J | T | | | | | |
| 569. UNITED STATES TREASURY BOND (912810SF6) | A | Interest | K | T | Buy | 05/02/19 | K | | |
| 570. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 571. FED NATL MTG ASSN (31359MGK3) | A | Interest | J | T | | | | | |
| 572. FHLMC 30 YR GOLD (3128MJZB9) | A | Interest | J | T | Buy | 09/12/19 | J | | |
| 573. FEDERAL NATIONAL MTG ASSN POOL MA3521 (31418C4F8) | A | Interest | K | T | Buy | 05/13/19 | K | | |
| 574. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 575. FEDERAL NATIONAL MTG ASSN POOL MA3527 (31418C4M3) | A | Interest | J | T | Buy | 01/14/19 | J | | |
| 576. | | | | | Buy (add'l) | 03/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 577. FHLMC 30 YR GOLD (3132ADWF1) | A | Interest | J | T | Buy | 11/13/19 | J | | |
| 578. FHLMC 30 YR GOLD (31335APZ5) | A | Interest | | | Sold | 05/13/19 | K | | |
| 579. FHLMC 30YR GOLD (3128MJW71) (X) | A | Interest | | | Sold | 01/14/19 | J | | |
| 580. FED NATL MTG ASSN POOL MA3803 (31418DGM8) | A | Interest | K | T | Buy | 10/10/19 | K | | |
| 581. FEDERAL NATIONAL MTG ASSN POOL BM1285 (3140J5NB1) | A | Interest | | | Sold | 09/12/19 | J | | |
| 582. FEDERAL NATIONAL MTG ASSN POOL MA3210 (31418CR89) | A | Interest | | | Sold | 10/10/19 | K | | |
| 583. AQR STYLE PREMIA ALTERNATIVE I (QSPIX) | C | Dividend | M | T | Buy (add'l) | 06/05/19 | J | | |
| 584. WESTERN ASSET SMASH SERIES C (LMLCX) | B | Dividend | K | T | Sold (part) | 04/04/19 | J | | |
| 585. WESTERN ASSET SMASH SERIES EC (LMECX) | D | Dividend | L | T | Sold (part) | 04/04/19 | J | | |
| 586. | | | | | Buy (add'l) | 05/28/19 | J | | |
| 587. WESTERN ASSET SMASH SERIES M (LMSMX) | D | Dividend | L | T | Sold (part) | 04/04/19 | J | A | |
| 588. | | | | | Buy (add'l) | 05/28/19 | J | | |
| 589. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 590. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 591. | | | | | Buy (add'l) | 12/23/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

VIACOMCBS INC CL B (VIAC) was CBS CORP NEW CL B SHRS (CBS).

L3 HARRIS TECHNOLOGIES (LHX) was L3 TECHNOLOGIES INC. (LLL)

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 07/23/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES J. SIRAGUSA**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544